In the Matter of the Application of JOHN J. AESCHBACH, as Director of the Department of Social Welfare of the City of Buffalo, New York, for an Order

Compelling Edward and Albert Meyers to Support Elizabeth Meyers, Their Mother, a Poor Person.— Order modified by striking out the provision for costs and as so modified affirmed, without costs of this appeal to any party. All concur.